**FILED**

**JUDGMENT ENTERED**

7.11.01
Date
by /s/ Ball
Deputy Clerk

U.S. District Court
Eastern District of California

✓ **FILE CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ARMANDO MORALES,

        Petitioner,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-01-5782 REC ✓
CR-F-96-5269 REC

UNITED STATES OF AMERICA,

        Respondent.
_____/

    DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that this petition is DENIED. JUDGMENT IS ENTERED for Respondent.

DATED: 7.11.01

JACK L. WAGNER, Clerk

By: /s/ Ball
Deputy Clerk

jgm.civ
2/1/95



```
              United States District Court
                         for the
                Eastern District of California
                      July 11, 2001
```

```
              * * CERTIFICATE OF SERVICE * *
                   Entry on Civil Docket
```

                                            1:01-cv-05782

Morales

    v.

CR-F-96-5269 REC

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on July 11, 2001,  I SERVED and ENTERED on the civil docket a
true and correct copy(ies) of the attached, by placing said copy(ies) in
a postage paid envelope addressed to the person(s) listed below, by
depositing said envelope in the U.S. Mail, by placing said copy(ies)
into an inter-office delivery receptacle located in the office of the Clerk,
or, pursuant to prior authorization by counsel, via facsimile.

                              REC

    Armando Morales
    57570-097
    UPS GA
    UPS Atlanta
    601 McDonough Boulevard
    Atlanta, GA   30315

    Carl M Faller Jr
    United States Attorney's Office
    1130 O Street
    Room 3654
    Fresno, CA   93721


                                       Jack L. Wagner, Clerk

                                   BY: _____
                                          Deputy Clerk